| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DONNIE RAY BROWN,

       Plaintiff,

*versus*                               CIVIL ACTION NO. 1:12-CV-516

RISSIE OWENS,

       Defendant.

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Donnie Ray Brown, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

    Plaintiff has filed two motions seeking a default judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be denied.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

**ORDER**

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motions for default judgment are **DENIED**.

    SIGNED at Beaumont, Texas, this 20th day of December, 2013.

                                                                MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE