| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DONNIE RAY BROWN, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:12-CV-516
§
RISSIE OWENS, §
§
    Defendant. §

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Donnie Ray Brown, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed a motion seeking a default judgment against defendants Blancher and Chisum. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion for default judgment is **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of August, 2016.

                                                    MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE