| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| DONNIE RAY BROWN, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:12-CV-516 |
| § | |
| RISSIE OWENS, *et al.*, § | |
| § | |
| Defendants. § | |

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Donnie Ray Brown, proceeding *pro se*, filed this civil rights lawsuit against several defendants, including Ella Mae Chisum. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

Defendant Chisum filed a motion asking that the claim against her be dismissed according to Federal Rule of Civil Procedure 12(b)(6). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion to dismiss is **GRANTED**. The claims against defendant Chisum are **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6).

**So ORDERED and SIGNED this 27th day of September, 2017.**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE